UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD E. ANAYA,

    Petitioner,

    v.

STATE OF CALIFORNIA,

    Respondent.

_____/

No. C 15-2698 NC (PR)

**ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE**

On June 16, 2015, Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner also filed an application to proceed in forma paupers ("IFP"). The Clerk sent Petitioner a notice that his IFP application was deficient. Petitioner has filed a notice of change of address and a motion requesting an extension of time within which to file a complete IFP application because he must re-submit his requests at his new institution.

Petitioner's request is GRANTED. Petitioner must file a signed certificate of funds and a six-month statement of prisoner's account within twenty-eight (28) days from the filing date of this order.

**Failure to file a complete application within the twenty-eight-day deadline shall result in dismissal of this action without further notice to Petitioner.**

IT IS SO ORDERED.

DATED:  August 6, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate